

SUSAN NASSAR
11090 SEVEN PINES DR
ALTA LOMA CA 91737
Tel No. 626.221.8307
Email address: rnassarins@gmail.com
Fax: 909.963.5100

PLAINTIFF, IN PRO PER

FILED

2019 FEB 27  PM 4: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SUSAN NASSAR

Plaintiff,

v.

BANK OF AMERICA, N.A.

Defendant.

Case No. EDCV19-00375 GW (SPx)

COMPLAINT

(Unlawful Debt Collection Practices)

FEE PAID

SUSAN NASSAR ("Plaintiff") alleges the following against BANK OF
AMERICA ("Defendant"):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Rosenthal Fair Debt
   Collection Practices Act ("Rosenthal"), Cal. Civ. Code §1788 et seq.

2. Count II of the Plaintiff's Complaint is based on Telephone Consumer Protection Act ("TCPA"), 28 U.S.C. §227 et seq.

## VENUE

3. Jurisdiction of this court over Count II of Plaintiff's Complaint arises pursuant to 15 U.S.C. §1331 and 28 U.S.C. §1367 grants this court supplemental jurisdiction over the state claims contained in Count I.

4. Defendant conducts business in the State of California thereby establishing personal jurisdiction.

5. Venue is proper pursuant to 28 U.S.C. §1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Alta Loma, California.

7. Plaintiff is a consumer or debtor and allegedly owes a debt as that term is defined by Cal. Civ. Code §1788.2(d)-(e).

8. Defendant is a business entity with a business office located in Charlotte, North Carolina and conducting business in California.

9. Defendant is a debt collector as that term is defined by Cal. Civ. Code §1788.2(c), and sought to recover a consumer debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Plaintiff acquired a credit card ending in account number 8195 from Defendant which was used for personal, family, and household purposes.

12. Defendant placed calls to telephone number 626.221.8307, which is Plaintiff's cellular telephone. See Exhibit "A" which is Plaintiff's call log.

13. Upon information and belief based on the frequency, number, nature, and character of these calls, Defendant placed each of its calls to Plaintiff using an automatic telephone dialing system or other equipment that has the capacity to store and/or produce telephone numbers.

14. The purpose of these calls was to collect funds from Plaintiff for purchases arising from the credit card account ending in 8195.

15. On or around October 12, 2016, Plaintiff spoke with one of Defendant's employees and instructed Defendant to stop calling her cell phone number and agreed to enter into a settlement agreement on account ending in 8195. See Exhibit "B" which is a copy of the settlement agreement.

16. Plaintiff made the first three payments as agreed pursuant to the settlement agreement. See Exhibit "C" which is a record of the payments.

17. In January of 2016, Defendant breached the settlement agreement by demanding additional monies from Plaintiff. Plaintiff refused to pay anything more than agreed as set forth in the settlement agreement of October 12, 2016.

18. Defendant continued to call Plaintiff's cell phone. See Exhibit "A" which is Plaintiff's call log.

19. Since June 30, 2016, Defendant has called Plaintiff's cell phone at least one hundred and fifty (150) times. See Exhibit "A" which is Plaintiff's call log.

20. During this time period Defendant called Plaintiff's cell phone as many as five (5) times in a single day. See Exhibit "A" which is Plaintiff's call log.

21. Plaintiff is annoyed and feels harassed by Defendant's calls.

22. Defendant placed these calls voluntarily.

23. Defendant placed these calls under its' own free will.

24. Defendant had knowledge that it was using an automatic telephone dialing system to place these calls.



25. Defendant intended to use an automatic telephone dialing system to place these calls.

## COUNT I

## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

26. Defendant violated the Rosenthal based on the following:

   a. Defendant violated the §1788.11(d) if the Rosenthal by causing Plaintiff's telephone to ring repeatedly or continuously to annoy the person called.

   b. Defendant violated §1788.11(e) of the RFDCPA by communicating, by telephone, with the debtor with such frequency as to be unreasonable and to constitute a harassment to the debtor under the circumstances.

   c. Defendant violated the §1788.17 of the Rosenthal by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. §1692 et seq. to wit: Sections 1692d.

   WHEREFORE, Plaintiff, SUSAN NASSAR, respectfully requests judgment be entered against Defendant, BANK OF AMERICA for the following:

27. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b), and

28. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(c), and

29. Any other relief that this Honorable Court deems appropriate.

## COUNT II



## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

30. Defendant's actions alleged supra constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. §227(b)(3)(B).

31. Defendant's actions alleged supra constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. §227(b)(3)(B) and 47 U.S.C. §227(b)(3)(C).

WHEREFORE, Plaintiff, SUSAN NASSAR, respectfully requests judgment be entered against Defendant, BANK OF AMERICA, for the following:

32. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. §227(b)(3)(B);

33. Statutory damages of $1500.00 for each and every knowing and/or willful violation of TCPA pursuant to 47 U.S.C. §227(b)(3)(B) and 47 U.S.C. §227(b)(3)(C);

34. All court costs, witness fees and other fees incurred; and

35. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: February 13, 2019

SUSAN NASSAR
11090 SEVEN PINES DR
ALTA LOMA CA 91737
Tel No. 626.221.8307
Email address: rnassarins@gmail.com
Fax: 909.963.5100
Plaintiff, In Pro Per



# EXHIBIT A



EXHIBIT A

 **Gmail**

richard nassar <rnassarins@gmail.com>

## Churchill Documents
12 messages

---

**miranda.king@churchillcreditsolutions.com** <miranda.king@churchillcreditsolutions.com>         Wed, Jul 27, 2016 at 8:37 AM

Welcome to the program Susan. Please find the attached introduction documents: contact sheet, income form, hardship form, and call log. Please record any calls from creditors that you receive regarding the accounts and forward the log to our office so we know who to send cease and desist letters out to. We'll need income and hardship information down the road when we begin negotiations on the accounts. Please forward any questions/concerns to our office via email/mail.

Best,

Miranda King
Associate Debt Arbitrator
Churchill Credit Solutions
41 Madison Ave 31st Floor
New York, NY 10010

**4 attachments**

📄 **Call Log.docx**
17K

📄 **Consumer Advocacy Welcome Letter.docx**
36K

📄 **Hardship Request Form.docx**
33K

📄 **Income Questionnaire.pdf**
118K

---

**richard nassar** <massarins@gmail.com>         Mon, Aug 1, 2016 at 10:49 AM
To: miranda.king@churchillcreditsolutions.com

Hello Miranda

Here is a hardship info and Income list as well as some call logs of numbers that we are still getting calls from constantly. Please work on having these calls stopped.

Thank you

Richard Nassar
Lic.# 0D83052
### PRIME FIDELITY INSURANCE AGENCY
"TRUSTED FIRST"
350 S. Milliken Ave, Suite M
Ontario Ca 91761
**909-245-0822**

[Quoted text hidden]

📄 **churchill.pdf**
2183K

---

**richard nassar** <massarins@gmail.com>         Tue, Aug 9, 2016 at 2:17 PM
To: miranda.king@churchillcreditsolutions.com

Here are more call logs just from a week of August. I need to know a status on what you have done so far with our account. Please sen me copies of any documents that have been sent out to the creditors so far. I would like a update on the status thus far.

Thank you

Richard Nassar
Lic.# 0D83052
### PRIME FIDELITY INSURANCE AGENCY
"TRUSTED FIRST"
350 S. Milliken Ave, Suite M
Ontario Ca 91761
**909-245-0822**

On Wed, Jul 27, 2016 at 8:37 AM, <miranda.king@churchillcreditsolutions.com> wrote:

EXHIBIT A

[Quoted text hidden]

📎 **call log august first week.pdf**
916K

---

**miranda.king@churchillcreditsolutions.com** <miranda.king@churchillcreditsolutions.com>                    Wed, Aug 10, 2016 at 7:38 AM
To: richard nassar <massarins@gmail.com>

Hello Richard, attached are copies of the PoA and Cease and Desist letters that were distributed at the beginning of August to each of the banks (the C&D are each personalized with acct numbers). Generally, the banks process within 14 business days (some are much quicker and will have them on file within a week).

Best,

Miranda King
Associate Debt Arbitrator
Churchill Credit Solutions
41 Madison Ave 31st Floor
New York, NY 10010

[Quoted text hidden]

---

**2 attachments**

📎 **Cease and Desist Form Letter.docx**
53K

📎 **Nassar, Susan PoA updated.pdf**
59K

---

**Insurance** <rnassarins@gmail.com>                    Wed, Aug 10, 2016 at 8:03 AM
To: miranda.king@churchillcreditsolutions.com

Awesome thank you

Sent from my iPhone
[Quoted text hidden]

        <Cease and Desist Form Letter.docx>

        <Nassar, Susan PoA updated.pdf>

---

**richard nassar** <rnassarins@gmail.com>                    Tue, Aug 23, 2016 at 11:24 AM
To: miranda.king@churchillcreditsolutions.com

Hello Miranda,

These calls are getting worst and have not slowed down one bit. I am now receiving calls from different numbers and they are getting more aggressive. I know Neil had asked me not to communicate with these guys, but would it be an issue if i directed them to you or Neil's or even a company phone number for Churchill since your company is representing me at this time. This way the call stop coming into me and you guy can deal with them directly. Here is another list of numbers. Please give me any new updates on my account.

Thank you

                    Richard Nassar
                    Lic.# 0D83052
      **PRIME FIDELITY INSURANCE AGENCY**
                   "TRUSTED FIRST"
           350 S. Milliken Ave, Suite M
             Ontario Ca 91761
              **909-245-0822**

[Quoted text hidden]

📎 **log for 2nd half aug.pdf**
2476K

---

**miranda.king@churchillcreditsolutions.com** <miranda.king@churchillcreditsolutions.com>                    Thu, Aug 25, 2016 at 11:30 AM
To: richard nassar <massarins@gmail.com>

Richard, please feel free to direct them to our office, you can give them my phone number 646.202.2551. I am looking into seeing if there is some support that Veritas can provide to knock the calls out.

Miranda King
Associate Debt Arbitrator
Churchill Credit Solutions
41 Madison Ave 31st Floor
New York, NY 10010



*Contact us for more information about receiving compensation for referrals!*

---

    -------- Original Message --------
    Subject: Re: Churchill Documents
    From: richard nassar <rnassarins@gmail.com>
    [Quoted text hidden]

---

**Insurance** <rnassarins@gmail.com>                                    Fri, Sep 9, 2016 at 2:04 PM
To: miranda.king@churchillcreditsolutions.com

Can you please ask Niel what is going on with the calls that I am still getting. He was suppose to get back to me in regards to what has been done about the calls still coming in. This issue is still not resolved and I'm getting more calls then before

Sent from my iPhone
[Quoted text hidden]

---

**miranda.king@churchillcreditsolutions.com** <miranda.king@churchillcreditsolutions.com>                                    Mon, Sep 12, 2016 at 8:21 AM
To: Insurance <rnassarins@gmail.com>

Hi Richard, I know we issued cease and desist letters, but I'll make sure we check into them today and see why they haven't been processed / why you're still receiving calls.

Best,

Miranda King
Associate Debt Arbitrator
Churchill Credit Solutions
41 Madison Ave 31st Floor
New York, NY 10010

*Contact us for more information about receiving compensation for referrals!*

---

    -------- Original Message --------
    Subject: Re: Churchill Documents
    [Quoted text hidden]

---

**Insurance** <rnassarins@gmail.com>                                    Thu, Sep 22, 2016 at 9:02 AM
To: miranda.king@churchillcreditsolutions.com

Good morning Miranda,
  I need and update by the end of today please. I need to know exactly what is going on with my account. I was suppose to be in the loop every step of the way and all that I see happening is that my money is being drafted each month and these call are not stopping. I need to know where my money is going and what steps have been takes so far.
Also the only phone number I seem to have for the coming is yours and Niel. The number you gave me to give to creditors is your number and not you legal department. I would like your company's main phone number as well as your legal departments phone number. I would also like the company's info that is drafting my account each month because I noticed it's not Churchill that is taking the money.

Sincerely
Richard Nassar

Sent from my iPhone
[Quoted text hidden]

---

**miranda.king@churchillcreditsolutions.com** <miranda.king@churchillcreditsolutions.com>                                    Thu, Sep 22, 2016 at 11:34 AM
To: Insurance <rnassarins@gmail.com>

Hello Richard,

Firstly, we do not generally reach out to clients unless we run into an issue or a settlement is reached, so if you'd like an update in between you'd just need to reach out to us.
Any calls regarding your account need to be coming to me since I am the arbitrator on your file.
If you need an alternative number you can call 646 202 2549.

Your money is ONLY going directly into an escrow account with Global (an escrow company). The money is literally sitting in that account until a settlement is reach, at which the funds are deployed to the bank from that account.

PoAs have been sent on each of your accounts; however it will be at least another couple months before your accounts are charged off (this is when the banks allow us to begin submitting settlement offers, depending on the bank this will range from 90-180 days after your final payment on the account was made).

I've forwarded your message to Victor Castaldo at Veritas, the attorneys, regarding the calls you have been receiving. Since we have already sent PoAs and Cease and desist letters, they will need to step in and take further action. Please let me know if you have any other questions or concerns and I can address it or have Neil reach out to you directly.

Best,

Miranda King
Associate Debt Arbitrator
Churchill Credit Solutions
41 Madison Ave 31st Floor
New York, NY 10010

*Contact us for more information about receiving compensation for referrals!*

-------- Original Message --------
Subject: Re: Churchill Documents
From: Insurance <rnassarins@gmail.com>
[Quoted text hidden]

---

richard nassar <massarins@gmail.com>                                    Thu, Sep 22, 2016 at 11:44 AM
To: miranda.king@churchillcreditsolutions.com

Hello Miranda,

I appreciate the update on my account. I hope you understand my frustration with these calls hounding me every day. Especially when i was told they would stop and none of the call have. This alternative number you are giving me, is it your companies main number or the attorney's number? Should i transfer calls to your number or to the alternative number you provided me? Also i have had some account already go to collections, what do i do in that case?

Thanks
Richard

                            Richard Nassar
                            Lic.# 0D83052
                **PRIME FIDELITY INSURANCE AGENCY**
                            "TRUSTED FIRST"
                        350 S. Milliken Ave, Suite M
                            Ontario Ca 91761
                        **Office: 909-276-7160**
                        **Fax: 909-963-5100**

[Quoted text hidden]

 **M** Gmail

richard nassar <rnassarins@gmail.com>

## [FWD: RE: Susan Nassar]
4 messages

---

**miranda.king@churchillcreditsolutions.com** <miranda.king@churchillcreditsolutions.com>
To: richard nassar <rnassarins@gmail.com>

Thu, Sep 22, 2016 at 12:21 PM

Richard, have you received calls on only the home number or cell/work numbers as well?

Miranda King
Associate Debt Arbitrator
Churchill Credit Solutions
41 Madison Ave 31st Floor
New York, NY 10010

*Contact us for more information about receiving compensation for referrals!*

-------- Original Message --------
Subject: RE: Susan Nassar
From: Victor Castaldo <victor@veritaslegalplan.com>
Date: Thu, September 22, 2016 3:00 pm
To: "miranda.king@churchillcreditsolutions.com"
<miranda.king@churchillcreditsolutions.com>

Hi Miranda,
Were they called on the home number?


# Victor Castaldo
## Ph# 877-745-5006 ext 1004
## Fax# 888-774-4271
## Email: Victor@Veritaslegalplan.com


# Veritas Legal Plan

**From:** miranda.king@churchillcreditsolutions.com [mailto:miranda.king@churchillcreditsolutions.com]
**Sent:** Thursday, September 22, 2016 2:34 PM
**To:** Victor Castaldo <victor@veritaslegalplan.com>
**Subject:** Susan Nassar

Hi Victor. Our clients Susan and Richard Nassar have been being inundated with very aggressive collection calls from [mainly] Discover, Richard while he is at work. I've attached their call logs. We have sent PoAs and Cease and Desist letters, but the calls just keep continuing. They've asked them to stop calling repeatedly. Is there anything you guys could do to intervene?

Contact: Richard Nassar, 909-245-0822, rnassarins@gmail.com   [ email is usually the easiest way to contact].

Thank you

Miranda King
Associate Debt Arbitrator
Churchill Credit Solutions
41 Madison Ave 31st Floor
New York, NY 10010

*Contact us for more information about receiving compensation for referrals!*



EXHIBIT A

richard nassar <massarins@gmail.com>
To: miranda.king@churchillcreditsolutions.com

Thu, Sep 22, 2016 at 12:26 PM

most of the calls are coming to my cell and mostly my wife's cell daily multiple times a day and sometimes back to back from the same company. for instants Discover is now calling from this number 480-481-1846 and some are blocking their numbers now

Richard Nassar
Lic.# 0D83052

## PRIME FIDELITY INSURANCE AGENCY

"TRUSTED FIRST"
350 S. Milliken Ave, Suite M
Ontario Ca 91761
**Office: 909-276-7160**
**Fax: 909-963-5100**

[Quoted text hidden]

---

miranda.king@churchillcreditsolutions.com <miranda.king@churchillcreditsolutions.com>
To: richard nassar <massarins@gmail.com>

Thu, Sep 22, 2016 at 12:49 PM

Richard please see the message below. Please contact veritas at 877 745 5006 ext 1014 to go over details of the calls you are receiving.

Miranda King
Associate Debt Arbitrator
Churchill Credit Solutions
41 Madison Ave 31st Floor
New York, NY 10010

*Contact us for more information about receiving compensation for referrals!*

-------- Original Message --------
Subject: RE: Susan Nassar
From: Victor Castaldo <victor@veritaslegalplan.com>
Date: Thu, September 22, 2016 3:37 pm
To: "miranda.king@churchillcreditsolutions.com"
<miranda.king@churchillcreditsolutions.com>

No Problem.. Tell her to call Veritas again and enter ext 1014 that is Brittney. She will be able to help them. if she is not there tell Susan to leave a message and she will get back to her.


# Victor Castaldo
## Ph# 877-745-5006 ext 1004
## Fax# 888-774-4271
## Email: Victor@Veritaslegalplan.com


# Veritas Legal Plan


**From:** miranda.king@churchillcreditsolutions.com [mailto:miranda.king@churchillcreditsolutions.com]
**Sent:** Thursday, September 22, 2016 3:30 PM
**To:** Victor Castaldo <victor@veritaslegalplan.com>
**Subject:** RE: Susan Nassar


Thanks for getting back to me Victor. They are calling their cell phones.

[Quoted text hidden]

---

richard nassar <massarins@gmail.com>
To: miranda.king@churchillcreditsolutions.com

Thu, Sep 22, 2016 at 12:59 PM

Awesome Thank you

6

EXHIBIT A

Richard Nassar
Lic.# 0D83052

# PRIME FIDELITY INSURANCE AGENCY

**"TRUSTED FIRST"**
350 S. Milliken Ave, Suite M
Ontario Ca 91761
**Office: 909-276-7160**
**Fax: 909-963-5100**

[Quoted text hidden]



EXHIBIT A

## Churchill Credit Solutions Consumer Advocacy
### Call Log

| Date | Time | Creditor | Phone Number |
|------|------|----------|--------------|
| 07/28/16 | 12:27 Pm | CITI | 423-477-2488 |
| 07/28/16 | 1:13 Pm | CHASE | 847-426-9203 |
| 07/29/16 | 10:07 Am | CITI | 800-388-2200 |
| 07/29/16 | 10:47 Am | BofA | 800-451-6362 |
| 07/29/16 | 10:51 Am | BofA | 800-451-6362 |
| 07/30/16 | 3:21 Pm | CHASE | 847-426-9203 |
| 07/30/16 | 5:23 Pm | BofA | 800-451-6362 |
| 07/31/16 | 9:51 Am | DISCOVER | 623-643-2727 |
| 08/01/16 | 8:39 Am | DISCOVER | 623-643-2727 |
| 08/01/16 | 10:07 Am | BofA | 800-451-6362 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |




EXHIBIT A

Churchill Credit Solutions Consumer Advocacy
Call Log

| Date | Time | Creditor | Phone Number |
|------|------|----------|--------------|
| 08/02/16 | 3:28 pm | B of A | 800-451-6362 |
| 08/02/16 | 8:44 am | Discover | 623-643-2727 |
| 08/02/16 | 10:53 am | B of A | 800-451-6362 |
| 08/02/16 | 11:25 am | Citi | 423-477-2488 |
| 08/03/16 | 9:32 am | B of A | 800-451-6362 |
| 08/03/16 | 8:00 am | Discover | 623-643-2727 |
| 08/02/16 | 12:00 pm | Chase | 407-732-2414 |
| 08/03/16 | 12:32 pm | Discover | 623-643-2727 |
| 08/02/16 | 12:00 pm | B of A | 800-451-6362 |
| 08/04/16 | 10:32 am | Chase | 847-426-9203 |
| 08/04/16 | 11:00 am | B of A | 800-451-6362 |
| 08/04/16 | 10:35 am | Discover | 623-643-2727 |
| 08/03/16 | 8:16 am | Citi | 800-388-2200 |
| 08/03/16 | 5:28 pm | Citi | 423-477-2488 |
| 08/05/16 | 11:31 am | Citi | 423-477-2488 |
| 08/05/16 | 8:00 am | Discover | 623-643-2727 |
| 08/05/16 | 8:00 am | Citi | 800-388-2200 |
| 08/05/16 | 12:30 pm | Citi | 800-388-2200 |
| 08/05/16 | 2:43 pm | B of A | 800-451-6362 |
| 08/05/16 | 2:53 pm | Citi | 423-477-2488 |
| 08/05/16 | 2:50 pm | Chase | 847-426-9203 |
| 08/09/16 | 12:35 pm | Discover | 623-643-2727 |
| 08/09/16 | 8:18 am | B of A | 800-451-6362 |
| | | | |

(9)

(15)

EXHIBIT A

**Churchill Credit Solutions Consumer Advocacy**
**Call Log**

| Date | Time | Creditor | Phone Number |
|------|------|----------|--------------|
| 08/09/16 | 12:35 pm | Discover | 623-643-2727 |
| 08/09/16 | 6:10 pm | BofA | 800-451-6362 |
| 08/10/16 | 12:33 pm | Discover | 623-643-2727 |
| 08/11/16 | 8:54 am | BofA | 800-451-6362 |
| 08/11/16 | 12:54 pm | Discover | 623-643-2727 |
| 08/12/16 | 8:32 am | BofA | 800-451-6362 |
| 08/12/16 | 12:27 pm | Discover | 623-643-2727 |
| 08/13/16 | 8:31 am | BofA | 800-451-6362 |
| 08/13/16 | 8:46 am | Discover | 623-643-2727 |
| 08/15/16 | 8:52 am | Discover | 623-643-2727 |
| 08/15/16 | 12:39 pm | BofA | 800-451-6362 |
| 08/16/16 | 9:15 am | BofA | 800-451-6362 |
| 08/16/16 | 12:25 pm | Discover | 623-643-2727 |
| 08/16/16 | 6:45 pm | BofA | 800-451-6362 |
| 08/17/16 | 8:10 am | BofA | 800-451-626 |
| 08/18/16 | 9:51 am | Discover | 623-643-2727 |
| 08/19/16 | 8:48 am | BofA | 800-457-6362 |
| 08/19/16 | 9:28 am | Discover | 623-643-2727 |
| 08/22/16 | 8:23 pm | BofA | 800-451-6362 |
| 08/22/16 | 8:48 am | BofA | 800-451-6362 |
| 08/22/16 | 10:39 am | BofA | 800-451-6362 |
| 08/21/16 | 10:41 am | Discover | 623-643-2727 |
| 08/20/16 | 9:49 am | Discover | 623-643-2727 |

(10

(16)

EXHIBIT A

**Churchill Credit Solutions Consumer Advocacy**
**Call Log**

| Date | Time | Creditor | Phone Number |
|------|------|----------|--------------|
| 08/17/16 | 10:41am | CITI | 877-437-1985 |
| 08/17/16 | 2:13pm | CITI | 877-437-1985 |
| 08/18/16 | 9:42am | DISCOVER | 623-642-2727 |
| 08/17/16 | 12:03pm | CITI | 877-437-1985 |
| 08/17/16 | 2:43pm | CITI | 877-437-1985 |
| 08/17/16 | 1:17pm | BofA | 800-451-6362 |
| 08/17/16 | 3:37pm | CITI | 877-437-1985 |
| 08/17/16 | 3:45pm | BofA | 800-451-6362 |
| 08/18/16 | 9:18am | DISCOVER | 623-643-2727 |
| 08/18/16 | 10:31am | CITI | 877-437-1985 |
| 08/18/16 | 11:19am | BofA | 800-451-6362 |
| 08/18/16 | 2:03pm | CITI | 877-437-1985 |
| 08/18/16 | 3:34pm | CHASE | 847-426-9203 |
| 08/18/16 | 4:17pm | CITI | 877-437-1985 |
| 08/18/16 | 5:37pm | BofA | 800-451-6362 |
| 08/18/16 | 5:42pm | CITI | 877-437-1985 |
| 08/18/16 | 6:48pm | DISCOVER | 623-643-2727 |
| 08/19/16 | 8:18am | DISCOVER | 623-643-2727 |
| 08/19/16 | 9:46am | CHASE | 847-426-9203 |
| 08/19/16 | 10:20am | BofA | 800-451-6362 |
| 08/19/16 | 3:24pm | CHASE | 847-426-9203 |
| 08/19/16 | 4:40pm | BofA | 800-451-6362 |
| 08/19/16 | 5:47pm | BofA | 800-457-6362 |
| 08/20/16 | 8:37am | CITI | 877-437-1985 |

11



EXHIDIT A

**Churchill Credit Solutions Consumer Advocacy**
**Call Log**

| Date | Time | Creditor | Phone Number |
|------|------|----------|--------------|
| 08/20/16 | 8:38 Am | Discover | 623-643-2727 |
| 08/20/16 | 9:13 Am | Citi | 800-388-2200 |
| 08/21/16 | 10:16 Am | Citi | 800-388 2200 |
| 08/21/16 | 11:23 Am | Citi | 877-437-1985 |
| 08/21/16 | 11:38 Am | Citi | 800-388-2200 |
| 08/22/16 | 8:16 Am | Discover | 623-643-2727 |
| 08/22/16 | 8:19 Am | Citi | 423-477-2488 |
| 08/22/16 | 8:30 Am | Citi | 800-388-2200 |
| 08/22/16 | 9:05 Am | BofA | 800-451-6362 |
| 08/22/16 | 8:06 Am | Citi | 423-477 2488 |
| 08/22/16 | 9:11 Am | BofA | 800-451-6362 |
| 08/22/16 | 9:15 Am | Citi | 800-388-2200 |
| 08/22/16 | 9:38 Am | Discover | 623-643-2727 |
| 08/22/16 | 10:42 Am | Discover | 623-643-2727 |
| 08/22/16 | 11:10 Am | Citi | 423-477-2488 |
| 08/23/16 | 8:05 Am | BofA | 800-451-6362 |
| 08/23/16 | 8:11 Am | Discover | 623-643-2727 |
| 08/23/16 | 8:29 Am | Discover | 623-643-2727 |
| 08/23/16 | 10:05 Am | BofA | 800-451-6262 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |





# EXHIBIT B

FIA Card Services    10/12/2016  12:55:26 PM   PAGE   2/003      888-294-5658

EXHIBIT B

**Bank of America**

SUSAN NASSAR
11090 SEVEN PINES DR
ALTA LOMA CA 91737-7804

SETTLEMENT LETTER
From BANK of AMERICA

October 12, 2016

Account number ending in: 8195

Susan Nassar:

This letter serves as written confirmation of your recent verbal agreement to settle your credit account.

**About the settlement offer**
As of the date of this letter your current balance is $5,040.41. We've agreed to settle your account for $3,074.00 through the terms listed below.

**What you need to do**
By accepting this offer, you agree to send the first installment payment of $768.50 by October 31, 2016 and the remaining installments as listed below:

| Due date | Payment amount | Due date | Payment amount |
|---|---|---|---|
| November 30, 2016 | $768.50 | December 30, 2016 | $768.50 |
| January 13, 2017 | $768.50 | | |



# EXHIBIT C



EXHIBIT C

Global Client Solutions LLC
4500 S 129th E AVE Suite 177
Tulsa, OK 74134

**Global Client Solutions LLC**
Account #: 6036335098853414

RETURN SERVICE REQUESTED

April 13, 2017

Susan Nassar
11090 Seven Pines Dr.
Alta Loma, CA 91737

*3 PAYMENT THAT WERE MADE ONTIME TILL B OF A BREACHED CONTRACT AGREEMENT*

## ACCOUNT ACTIVITY STATEMENT (THIS IS NOT A BILL)

| DATE | DESCRIPTION | TYPE | AMOUNT | BALANCE |
|------|-------------|------|--------|---------|
| 07/28/2016 | D1 - 07/25/16 | Deposit | $1,348.19 | $1,348.19 |
| 07/28/2016 | Account Setup (one-time fee) - 07/22/16 | Transaction Fee | -$9.00 | $1,339.19 |
| 07/28/2016 | Veritas - 07/25/16 | Customer Fee | -$500.00 | $839.19 |
| 08/01/2016 | Monthly Service Charge - 07/16 | Transaction Fee | -$10.85 | $828.34 |
| 08/25/2016 | Veritas - 08/25/16 | Customer Fee | -$55.00 | $773.34 |
| 08/29/2016 | D1 - 08/25/16 | Deposit | $1,348.19 | $2,121.53 |
| 09/01/2016 | Monthly Service Charge - 08/16 | Transaction Fee | -$10.85 | $2,110.68 |
| 09/26/2016 | Veritas - 09/25/16 | Customer Fee | -$55.00 | $2,055.68 |
| 09/28/2016 | D1 - 09/25/16 | Deposit | $1,348.19 | $3,403.87 |
| 10/03/2016 | Monthly Service Charge - 09/16 | Transaction Fee | -$10.85 | $3,393.02 |
| 10/12/2016 | Bank of America | Payment | -$758.50 | $2,634.52 |
| 10/12/2016 | Phone Pay COM | Transaction Fee | -$5.00 | $2,629.52 |
| 10/12/2016 | Settlement Fee - Bank of America | Payment | -$1,008.01 | $1,621.51 |
| 10/25/2016 | Veritas - 10/25/16 | Customer Fee | -$55.00 | $1,566.51 |
| 11/01/2016 | Monthly Service Charge - 10/16 | Transaction Fee | -$10.85 | $1,555.66 |
| 11/01/2016 | Bank of America | Payment | -$10.00 | $1,545.66 |
| 11/14/2016 | Bank of America | Payment | -$758.50 | $787.16 |
| 11/14/2016 | Phone Pay COM | Transaction Fee | -$5.00 | $782.16 |
| 11/25/2016 | Veritas - 11/25/16 | Customer Fee | -$55.00 | $727.16 |
| 12/01/2016 | Monthly Service Charge - 11/16 | Transaction Fee | -$10.85 | $716.31 |
| 12/02/2016 | Bank of America | Payment | -$10.00 | $706.31 |
| 12/02/2016 | Phone Pay COM | Transaction Fee | -$5.00 | $701.31 |
| 12/12/2016 | Phone Pay COM | Transaction Fee | -$5.00 | $696.31 |
| 12/27/2016 | Veritas - 12/25/16 | Customer Fee | -$55.00 | $641.31 |
| 01/03/2017 | Monthly Service Charge - 12/16 | Transaction Fee | -$10.85 | $630.46 |
| 01/04/2017 | PPay Advance - 01/04/17 | Deposit | $138.04 | $768.50 |
| 01/04/2017 | Bank of America | Payment | -$758.50 | $10.00 |
| 01/04/2017 | Bank of America | Payment | -$10.00 | $0.00 |

