**MCGUIREWOODS LLP**
E. CHRISTINE HEHIR SBN 201969
chehir@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorney for Defendant
BANK OF AMERICA, N.A.

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NASSAR,<br><br>　　　　　Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　Defendant. | Case No. 5:19-cv-00375-GW-SP<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Complaint Filed: February 27, 2019<br><br>Honorable George H. Wu |

**TO THE HONORABLE GEORGE H. WU, UNITED STATES DISTRICT COURT JUDGE:**

　　Plaintiff SUSAN NASSAR and Defendant BANK OF AMERICA, N.A. (collectively, the "Parties"), hereby notify the Court that the Parties have reached a settlement of the above-captioned matter, subject to the preparation and execution of a formal, long-form settlement agreement, which has been drafted and the Parties are in the process of signing. The Parties anticipate filing a dismissal within 30 days, once the settlement is finalized.

1  DATED: May 2, 2019            **MCGUIREWOODS LLP**
2                                        By: /s/*E. Christine Hehir*
3                                        E. Christine Hehir
4                                        Attorneys for Defendant
                                         BANK OF AMERICA, N.A.
5
6
7  DATED: May 2, 2019
                                         By: /s/    *Susan Nassar*
8                                        Susan Nassar
9                                        Plaintiff, *pro se*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

                    *E. Christine Hehir*
                    E. CHRISTINE HEHIR

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, the foregoing **JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** was filed electronically in the Court's Electronic Case Filing system ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

In addition, on May 2, 2019, a copy of the above-described document was served on the following party without a registered ECF email addresses *via* postage-paid First Class U.S. Mail by placing a true and correct copy thereof into a sealed envelope addressed as follows:

*Plaintiff, pro se:*
Susan Nassar
11090 Seven Pines Drive
Alta Loma, CA 91737

/s/ E. Christine Hehir
E. Christine Hehir