1 | Susan Nassar
2 | 11090 Seven Pines Drive
  | Alta Loma, CA 91737
3 | 626-221-8307

4 | Plaintiff in Pro Per

5 |

6 | **MCGUIREWOODS LLP**
  | E. CHRISTINE HEHIR (SBN 201969)
7 | chehir@mcguirewoods.com
  | 1800 Century Park East, Eighth Floor
8 | Los Angeles, CA  90067-1501
9 | Telephone:  310.315.8200
  | Facsimile:  310.315.8210
10 |

11 | Attorneys for Defendant BANK OF AMERICA, N.A.

12 |

13 | UNITED STATES DISTRICT COURT

    | CENTRAL DISTRICT OF CALIFORNIA
14 |

15 |

16 | SUSAN NASSAR,                          CASE NO.: 5:19-CV-00375-GW-SP

17 |                     Plaintiff,         Judge George H. Wu (Magistrate Judge
    |                                       Sheri Pym)
18 |          vs.
    |                                       **STIPULATION OF DISMISSAL**
19 |                                        **PURSUANT TO RULE 41(a) OF**
    | BANK OF AMERICA, N.A.,                **THE FEDERAL RULES OF CIVIL**
20 |                                        **PROCEDURE**
21 |                     Defendants         Complaint Filed:  February 27, 2019

22 |

23 |

24 |         Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

25 | SUSAN NASSAR ("Plaintiff") and Defendant BANK OF AMERICA, N.A.

26 | ("Defendant") hereby stipulate that this action shall be dismissed with

27 | / / /

28 | / / /

1
STIPULATION OF DISMISSAL

1   prejudice as to all claims, causes of action, and parties.  Each party is to bear its own

2   attorney's fees and costs.

3   DATED: June 3, 2019

4

5                                              By:    _____/s/ Susan Nassar_____

6                                                          Susan Nassar
                                                         Plaintiff in pro per
7

8   DATED: June 3, 2019                  MCGUIREWOODS LLP

9

10

11                                             By:    _____/s/ E. Christine Hehir_____

12                                                        E. Christine Hehir
                                                     Attorneys for Defendant
13                                                   BANK OF AMERICA, N.A.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL

1

**ATTESTATION**

2

I, E. Christine Hehir, counsel for Defendant, herby attest, pursuant to C.D.

3  Local Rule 5-4.3.4(a)(3), that concurrence to the filing of this document has been

4  obtained from each signatory hereto.

5

6                                          /s/ *E. Christine Hehir*

7                                     E. CHRISTINE HEHIR

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE**

I certify that on June 3, 2019, the foregoing STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE was filed electronically in the Court's Electronic Case Filing system ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

In addition, on June 3, 2019, a copy of the above-described document was served on the following party without a registered ECF email addresses *via* postage-paid First Class U.S. Mail by placing a true and correct copy thereof into a sealed envelope addressed as follows:

*Plaintiff, pro se:*

Susan Nassar
11090 Seven Pines Drive
Alta Loma, CA 91737

*/s/ E. Christine Hehir*
E. Christine Hehir

STIPULATION OF DISMISSAL