JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN NASSAR,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>        Defendants | CASE NO.: EDCV 19-375-GW-SPx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER

Having reviewed and considered the Stipulation of Dismissal of Entire Action With Prejudice, IT IS HEREBY ORDERED that the above-captioned action shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties each bearing their own respective costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

DATED: June 4, 2019

_____
HON. GEORGE H. WU, U.S. District Judge